ACCEPTED
04-15-00075-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/11/2015 4:56:29 PM
KEITH HOTTLE
CLERK

04-15-00075-cv

CAUSE NO. 2014-CI-16503

| | | |
|---|---|---|
| SERENTO APARTMENTS, LLC | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | 288TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |
| SAN ANTONIO HOUSING | § | |
| AUTHORITY | § | |
| *Defendant* | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/11/2015 4:56:29 PM
KEITH E. HOTTLE
Clerk

## DEFENDANT SAN ANTONIO HOUSING AUTHORITY'S
## NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant SAN ANTONIO HOUSING AUTHORITY, in the above styled and numbered cause, now Appellant, and files this, its Notice of Interlocutory Appeal pursuant to TEX.R.APP.P.25.1 AND TEX.R.APP.P.28.1. The trial court, as well as the case's trial court number and style, are identified above. Defendant SAN ANTONO HOUSING AUTHORITY desires to appeal to the Fourth Court of Appeals, sitting in San Antonio, from the Order Denying Defendant San Antonio Housing Authority's Plea to the Jurisdiction, and its Motion to Dismiss based on the defense of governmental and sovereign immunity and signed on January 22, 2015. Defendant's Plea to the Jurisdiction, and its Motion to Dismiss was heard and denied by the Hon. Stephani A. Walsh, Judge of the 45th Judicial District Court of Bexar County, Texas. This appeal is interlocutory under §§51.014(a)(5) & (8) of the Texas Civil Practice and Remedies Code and, thus, is an accelerated appeal. TEX.R.APP.P.28.1.

---

**Defendant San Antonio Housing Authority's Notice of Interlocutory Appeal** **Page 1**

Respectfully submitted,

**HOBLIT FERGUSON DARLING LLP**
Bank of America Plaza
300 Convent Street, Suite 1450
San Antonio, Texas 78205
Telephone: (210) 224-9991
Facsimile: (210) 226-1544
Email: mralls@hfdlaw.com

By: _____
    **N. MARK RALLS**
    State Bar No. 16489200
    **APRIL Y. QUIÑONES**
    State Bar No. 24079167

**ATTORNEYS FOR DEFENDANT, HOUSING AUTHORITY OF THE CITY OF SAN ANOTNIO D/B/A SAN ANTONIO HOUSING AUTHORITY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2015, a true and correct copy of the foregoing instrument was sent via facsimile to the following counsel of record:

James A. Rickerson                                     *Via Facsimile: 210-734-8097*
Law Office of James A. Rickerson
111 E. Euclid
San Antonio, Texas 78212
*Counsel for Plaintiff*

_____
**N. MARK RALLS**